# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0368. BRITTANY D. CLARK v. STACEY TYLER CARPENTER.**

Brittany D. Clark (the "Mother") and Stacey Tyler Carpenter (the "Father") are the parents of one minor child born in 2012. The Mother and Father have never been married to each other. The Father filed a petition for legitimation in 2016, and the trial court entered a final legitimation and custody order, giving the parents joint legal and physical custody of the child and ordering the Father to pay $46.15 every two weeks as child support. In April 2021, the Mother filed a petition for contempt and for modification of child custody, seeking, among other things, primary physical custody of the child. The Father filed an answer and counterclaim, requesting that he be granted primary physical custody of the child. Following a final hearing on the issues, the trial court entered a final order on May 26, 2023, awarding the Father primary physical custody of the child and requiring the Mother to pay child support of $555 per month. The Mother then filed this application for discretionary appeal, seeking to challenge the trial court's rulings on custody and child support.

Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. See *Lacy v. Lacy*, 320 Ga. App. 739, 742 (3) (740 SE2d 695) (2013). Because the Mother challenges the trial court's order modifying child custody, the order is subject to direct appeal. See *Voyles v. Voyles*, 301 Ga. 44, 46-47 (799 SE2d 160) (2017) (explaining that appellate courts look to the issue raised on appeal to determine whether a party is entitled to a direct appeal). We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED.

The Mother shall have ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the superior court is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>07/18/2023</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*